**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **JANNA CLAY, et al**<br>  Plaintiffs | §<br>§<br>§ | |
| **V.** | §<br>§<br>§<br>§<br>§ | Civil Action No. 1:20-cv-00724 |
| **PALFINGER, USA, LLC, et al**<br>  Defendants | § | |

### ORDER ON ECO-PAN'S OBJECTIONS TO SUBPOENA AND
### ORDER GRANTING MOTION TO QUASH SUBPOENA

Pending before the Court is Non-Party Eco-Pan, Inc.'s Objections To Subpoena -and- Motion To Quash Plaintiffs' Subpoena And Motion For Protective Order, filed on February 1, 2021. The court, after having reviewed the motion and the response and after considering the arguments of counsel, is of the opinion that the objections of Non-Movant should be sustained, and the motions should be granted.

IT IS ORDERED THAT Eco-Pan's Objections to the Subpoena served by Plaintiffs on January 18, 2021 are SUSTAINED. IT IS FURTHER ORDERED THAT Eco-Pan's Motion to Quash is GRANTED and the Subpoena is hereby quashed. Non-Party Eco-Pan, Inc. shall not be required to further respond to Plaintiffs' subpoena, and IT IS SO ORDERED.

So ORDERED this ___ day of February, 2021.

_____
Lee Yeakel
United States District Judge